JAMES MALAGRINO v. STATE OF NEW JERSEY, BY THE DEPARTMENT OF TRANSPORTATION.

July 11, 1978. Petition for certification granted.

STATE OF NEW JERSEY v. RAYMOND GEORGE TAYLOR.

July 11, 1978. Petition for certification granted.

STATE OF NEW JERSEY v. ARTHUR WAKEFIELD.

July 11, 1978. Petition for certification denied.

ANGIE SITES v.
JOHNS-MANVILLE PRODUCTS CORPORATION.

July 11, 1978. Petition for certification granted.

STATE OF NEW JERSEY v. JAMES VAUGHN.

July 11, 1978. Petition for certification denied.

RAYMOND FEDELIN v. BOARD OF REVIEW.

July 11, 1978. Petition for certification denied.